IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DARIA EMMA VALDIVIA, individually and )<br>doing business as EMMA'S AGENCY, )<br>)<br>Defendant. )<br>) | Case No. 3:17-cv-50005<br><br>Hon. Frederick J. Kapala<br><br>Magistrate Judge Iain D. Johnston |

**UNITED STATES OF AMERICA'S
MOTION FOR ENTRY OF JUDGMENT**

The plaintiff United States of America moves for entry of judgment in favor of the United States on its claims for a permanent injunction under 26 U.S.C. §§ 7401, 7402, 7407, and 7408 against defendant Daria Emma Valdivia, individually and doing business as Emma's Agency. In support of this motion, the United States states as follows:

1. On January 12, 2017, the United States filed its Complaint (Docket No. 1), seeking a permanent injunction under 26 U.S.C. §§ 7401, 7402, 7407, and 7408 against Daria Emma Valdivia, individually and doing business as Emma's Agency.

2. The United States and Daria Emma Valdivia have entered a stipulation regarding entry of judgment. *See* **Exhibit 1**. In this stipulation, Daria Emma Valdivia agreed that the Court has personal jurisdiction over her; waived the entry of findings of fact and conclusions of law under Federal Rules of Civil Procedure 52 and 65; consented to the entry of a judgment of permanent injunction against her; and agreed to be bound by the terms of the injunction contained in the stipulation. In the stipulation, Daria Emma Valdivia agreed that entry of a permanent injunction against her is appropriate and necessary and acknowledged her

understanding that the permanent injunction will constitute the final judgment against her in the action. The stipulation resolves only this civil injunction action, and does not constitute an admission by Daria Emma Valdivia or preclude her from contesting her liability or guilty in any other matter or proceeding.

WHEREFORE, the plaintiff United States of America requests that this Court enter a judgment in accordance with the proposed judgment submitted contemporaneously herewith.

Dated: January 12, 2017

Respectfully submitted,

CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

*/s/ Lauren E. Hume*
LAUREN E. HUME
JEFFREY N. NUNEZ
BRADLEY A. SARNELL
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
Tel.: 202-307-2279
Fax: 202-514-5238
Lauren.E.Hume@usdoj.gov
Jeffrey.N.Nunez@usdoj.gov
Bradley.A.Sarnell@usdoj.gov

## Certificate of Service

I hereby certify that on January 12, 2017, I electronically filed the foregoing motion and its attachments with the Clerk of Court via the Court's CM/ECF system. The filing is accessible through the Court's CM/ECF system. In addition, a copy of foregoing motion and its attachments are being mailed today via Federal Express to the following party and address.

Daria Emma Valdivia
1104 W. 3rd Street
Sterling, IL 61081

                                                */s/ Lauren E. Hume*
                                                LAUREN E. HUME
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                P.O. Box 55
                                                Washington, D.C. 20044
                                                Tel.: 202-307-2279
                                                Fax: 202-514-5238
                                                Lauren.E.Hume@usdoj.gov